# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

133348-49

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALLSTATE INSURANCE COMPANY,
      Plaintiff,
      Counter Defendant-Appellant,

v

A&A MEDICAL TRANSPORTATION
SERVICES, INC., RENAISSANCE PHYSICAL
THERAPY, L.L.C., RAHAT MALIK,
PHYSICIANS REHABILITATION, L.L.C.,
ZUBAIR RATHUR, IMAN FAWAZ, and FIRST
CHOICE REHAB, INC.,
      Defendants,
      Counter Plaintiffs-Appellees.

SC: 133348-49
COA: 260766, 261504
Oakland CC: 02-039177-CZ

_____/

      By order of November 21, 2007, the application for leave to appeal the January 23, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *Miller v Allstate* (Docket Nos. 134393, 134406). On order of the Court, the case having been decided on July 2, 2008, 481 Mich 601 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

1020